Goaldia Ward, Arleigh J. Spessard, Theresa Drzal, David E. Ward, Ray B. Ward and Treva W. Anderson, Plaintiffs-Appellees, v. City of Georgetown, Illinois, a Municipal Corporation, Defendant-Appellant.

Gen. No. 10,317.

Third District.

January 26, 1961.

Rehearing denied February 7, 1961.

Unger, Litak
& Groppi, of Danville, for defendant-appellant; James G. Linder,
of Georgetown, for plaintiffs-appellees. Opinion by PRESIDING
JUSTICE CARROLL. Not to be published in full.